UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                  )
DTZ, INC.,                                )
UGL LIMITED, and              )
UGL EUROPE LIMITED,        )
                                               )
     Plaintiffs,                    )
                                               )
v.                                              )
                                             )
UG2 LLC, LOUIS LANZILLO,     )
JOHN CORREIA, JEFFREY        )
PETERSON, ROBERT RYAN,      )
ARMANDO LEZAMA, ROBERT     )
DESAULNIERS, SCOTT BURNELL, )
and JANET GUISTI,               )
                                             )
     Defendants.                  )       Civil Action No. 13-cv-10906-PBS
_____)
                                             )
UG2 LLC, LOUIS LANZILLO,            )
JOHN CORREIA, JEFFREY PETERSON, )
ROBERT RYAN, ARMANDO LEZAMA,   )
ROBERT DESAULNIERS, and           )
SCOTT BURNELL,                        )
     Plaintiffs-in-Counterclaim,      )
v.                                             )
DTZ, INC., UGL LTD., and ANTONIO    )
ANDRADE,                             )
     Defendants-in-Counterclaim.    )
_____)

**ASSENTED-TO MOTION TO CONTINUE HEARING
ON MOTION TO DISQUALIFY ATTORNEY WALTER W. CROW**

     Defendants UG2 LLC, Louis Lanzillo, John Correia, Jeffrey Peterson, Robert Ryan,

Armando Lezama, Robert Desaulniers, Scott Burnell and Janet Guisti, along with Walter W.

Crow (separately represented), respectfully submit this motion to continue this Court's

September 23, 2013 hearing on plaintiffs' Motion to Disqualify Attorney Walter W. Crow.  In support of this motion, defendants and Attorney Crow state that Attorney Crow is confronting significant family health issues that have impeded, and will continue to impede, his ability to assist counsel in preparing for the hearing before September 23.

For the foregoing reason, defendants and Attorney Crow respectfully request that the Court reschedule the hearing on the Motion to Disqualify Attorney Walter W. Crow to either Friday, October 4 or Tuesday, October 8, 2013.  The Plaintiffs and their counsel have assented to the relief requested in this motion.

> Respectfully Submitted,
>
> UG2 LLC, LOUIS LANZILLO,
> JOHN CORREIA, JEFFREY PETERSON,
> ROBERT RYAN, ARMANDO LEZAMA,
> ROBERT DESAULNIERS, SCOTT
> BURNELL AND JANET GUISTI,
>
> By their Attorneys,
>
> */s/ Jeffrey J. Pyle*
> Daniel S. Tarlow, BBO #552920
> Dtarlow@PrinceLobel.com
> William A. Worth, BBO# 544086
> Wworth@PrinceLobel.com
> Thomas M. Elcock, BBO# 548027
> Telcock@PrinceLobel.com
> Jeffrey J. Pyle, BBO #647438
> Jpyle@PrinceLobel.com
> PRINCE LOBEL TYE LLP
> 100 Cambridge Street, Suite 2200
> Boston, MA  02114
> 617-456-8000

        WALTER W. CROW,

        By His Attorneys,

        */s/ Alan D. Rose*
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, MA 02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Dated: September 17, 2013

## CERTIFICATE OF SERVICE

    I, Jeffrey J. Pyle, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants, on September 17, 2013,

        */s/ Jeffrey J. Pyle*
        Jeffrey J. Pyle