**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DTZ, Inc.
              Plaintiff(s)

     V.                               CIVIL ACTION NOS. 13-CV-10906-PBS

UG2 LLC, et al
              Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO Chief Judge Saris

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On  11/4/13    I held the following ADR proceeding**:

    _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    \_\_\_X\_\_\_    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____ ].

The case was:

[ ]    Settled. Your clerk should enter a  60  day order of dismissal.

[ ]    There was progress. Parties to contact court by July 10, 2013 regarding the status of settlement.

**[X]**    **Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.**

[ ]    Suggested strategy to facilitate settlement:


11/5/13                                             Marianne B. Bowler, USMJ
DATE                                                ADR Provider